United States District Court
Southern District of Texas
**ENTERED**
February 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DESIRE MEBA, *et al.*, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-2740 |
| | § | |
| SONIC OF TEXAS, INC., *et al.*, | § | |
|     Defendants. | § | |

## **ORDER**

In the Motion for Conditional Certification [Doc. # 54], Plaintiffs expressed a need for additional time to identify and locate putative class members. In a Joint Status Report [Doc. # 62] filed November 27, 2020, Plaintiffs requested 180 days to conduct discovery to identify and locate putative class members, and Defendants stated that they had no objection to Plaintiffs' request. As a result, recognizing the large number of entities from which Plaintiffs would need to obtain discovery, the Court allowed Plaintiffs until June 1, 2021 to complete discovery regarding putative class members. *See* Order [Doc. # 64] entered December 3, 2021. Accordingly, it is hereby

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED** until discovery regarding putative class members is completed. It is further

**ORDERED** that by no later than **June 2, 2021**, counsel shall file a motion seeking reinstatement of the case on the Court's active docket.

SIGNED at Houston, Texas, this **26th** day of **February, 2021.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE