Case 4:19-cv-02740   Document 114   Filed on 03/21/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DESIRE MEBA; individually and on behalf of similarly situated individuals, | § § § | DOCKET NO. 4:19-CV-02740 |
| *Plaintiff*, | § § | |
| -vs- | § § § | JURY TRIAL DEMANDED |
| SONIC OF TEXAS, INC.; SONIC – LS CHEVROLET, LP D/B/A LONE STAR CHEVROLET; SONIC HOUSTON JLR LP D/B/A JAGUAR HOUSTON NORTH; GULFGATE DODGE INC. D/B/A GULFGATE DODGE CHRYSLER JEEP INC.; SONIC MOMENTUM VWA, L.P. D/B/A AUDI CENTRAL HOUSTON; JOE BENEKE; JASON BAISDEN; JOHNNIE SMITH; ELLEN JOHNSON; JAMES DAVIS; MICHAEL MACHAUER; RASCOA, LLC; SEDDIK BELMAMOUN; DOES 1-50 | § § § § § § § § § § § § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b) |
| *Defendants.* | § § | |

## ORDER APPROVING SETTLEMENT AND DISMISSAL OF CASE

Before the Court is the Joint and Agreed Motion for Approving of Settlements and Dismissal of this Fair Labor Standards Act Collective Action pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreements, a copy of which was attached to the Motion, are a fair and reasonable resolution of a bona fide dispute between the Plaintiffs and the Defendants who have appeared in this case, that the Attorney's Fees and Expenses Payment requested in the Motion is reasonable, and that the settlements of the claims of Plaintiffs according to terms set forth in the Parties' Settlement Agreements are therefore approved.

The Parties shall administer the settlements of the claims of Plaintiffs as set forth in the Settlement Agreement. The claims of Plaintiffs against Defendants Sonic of Texas, Inc.; Sonic - LS Chevrolet, LP d/b/a Lone Star Chevrolet; Sonic Houston JLR LP /b/a Jaguar Houston North; Gulfgate Dodge Inc. d/b/a Gulgate Dodge Chrysler Jeep Inc.; Sonic Momentum VWA, L.P. d/b/a Audi Central Houston; Johnnie Smith; Allen Johnson; Joe Beneke; Jason Baisden; Michael Machauer; and James Davis are DISMISSED WITH PREJUDICE. Plaintiffs' claims against Defendants Rascoa, LLC and Seddik Belmamoun are DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

Date **MARCH 21, 2022**

SIM LAKE
United States District Judge